Field *v.* Thistle.

*Mr. W. Bradford Smith* and *Mr. Frank E. Bradner,* for the appellant.

*Mr. Joseph A. Beecher,* for the respondents.

———————

JOSIE DOWNING FIELD, complainant and respondent,

*v.*

HUGH B. THISTLE, defendant and appellant.

[Filed June 18th, 1900.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *Field* v. *Thistle, 13 Dick. Ch. Rep. 339.*

Meredith *v.* New Jersey Zinc Co.

*Mr. W. Bradford Smith,* for the appellant.

*Mr. Louis A. Ziegler,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given by Vice-Chancellor Emery.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, GUMMERE, LUDLOW, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH—9.

*For reversal*—DIXON, LIPPINCOTT, COLLINS—3.